UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346

MATTHEW DAVIS,
Inmate # 23340-056
(Enter full name of Plaintiff)

vs.

CASE NO: 5:09-cv-442-OC-10GRJ
(To be assigned by Clerk)

LT. J. SMITH (IN HIS OFFICIAL; INDIVIDUAL CAPACITY)
LT. A. FIGUEROA (IN HIS OFFICIAL; INDIVIDUAL CAPACITY)
WARDEN SCOTT A. MIDDLEBROOKS (IN HIS OFFICIAL; INDIVIDUAL CAPACITY)

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

FILED 2009 OCT -7 AM 10:08 CLERK US DISTRICT COURT OCALA FLORIDA

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: MATTHEW DAVIS
Inmate Number: 23340-056
Prison or Jail: USP COLEMAN ONE
Mailing address: P.O. BOX 1033
COLEMAN, FL 33521-0779

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: J. SMITH
    Official position: LIEUTENANT
    Employed at: USP COLEMAN ONE
    Mailing address: FCC USP-1 P.O. Box 1033
    COLEMAN, FL 33521-1023

(2) Defendant's name: A. FIGUEROA
    Official position: LIEUTENANT
    Employed at: USP-COLEMAN ONE
    Mailing address: FCC USP-1 P.O. Box 1033
    COLEMAN, FL 33521-1023

(3) Defendant's name: SCOTT A. MIDDLEBROOKS
    Official position: WARDEN
    Employed at: USP COLEMAN ONE
    Mailing address: FCC USP-1 P.O. BOX 1033
    COLEMAN, FL 33521-1023

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

NOTE: THE COURT WILL NOT REVIEW THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED <u>IN FULL</u>.

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Pursuant to 42 U.S.C. § 1997e(a), exhaustion of administrative remedies is required prior to initiating a civil rights action which alleges unlawful conditions or events in any prison, jail, or detention center. Copies of all grievances, appeals, and responses must be submitted to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

A. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FEDERAL BUREAU OF PRISONS?**

   Yes( ✓ )          No( )

   [If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

   1. **Informal Grievance**

   a. Did you submit an informal grievance?

      Yes( ✓ )          No( )

      ◆ If so, you must attach a copy of the grievance and response; exhibit N/A.

   b. If not, why? ~~[scribbled out]~~

   2. **Formal Grievance**

   a. Did you submit a formal grievance?

      Yes( ✓ )          No( )

      ◆ If so, you must attach a copy of the grievance and response; exhibit N/A

   b. If not, why? ~~[scribbled out]~~

   3. **Appeal to the Regional Director of the Bureau of Prisons**

   a. Did you submit an appeal to the Regional Director?

      Yes( ✓ )          No( )

      ◆ If so, you must attach a copy of the appeal and response; exhibit A.

   b. If not, why? _____

   4. **Appeal to the General Counsel of the Bureau of Prisons**

3

a. Did you submit an appeal to the General Counsel of the Bureau of Prisons?

Yes( ✓ )        No( )

❖ If so, you must attach a copy of the appeal and response; exhibit B .

b. If not, why? _____

5. **Disciplinary Actions**

a. Did you have a disciplinary hearing concerning this matter?

Yes( ✓ )        No( )

❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit C .

b. Did you lose good time as a result of the disciplinary hearing?

Yes( ✓ )        No( )

c. Has the good time since been restored?

Yes( )          No( ✓ )

B. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

Yes( ✓ )        No( )

[If your answer is NO, proceed to Section IV of the complaint form.
If your answer is YES, answer the following questions.]

1. Is there a grievance procedure at your institution or jail?

Yes( ✓ )        No( )

[If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

2. Did you submit a grievance concerning the facts relating to your complaint?

Yes( ✓ )        No( )

3. If your answer to the above question is YES:

4

      a. What steps did you take? I EXHAUSTED my ADMINISTRATIVE REMEDIES

      b. What were the results? DENIED AND REJECTION

      ❖ If so, you must attach a copy of the grievance and response; exhibit _____.

4.   If your answer is NO, explain why not: _____

* * * * * * * * * * * * * *

    NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES
    MAY RESULT IN THE DISMISSAL OF THIS CASE.

**IV.**   **PREVIOUS LAWSUITS**

  A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

    Yes( )      No(✓)

    1. Type of action (civil rights, habeas corpus, etc.): N/A
    2. Parties to previous action:
      a. Plaintiff(s): N/A
      b. Defendant(s): N/A
    3. County and judicial circuit: N/A
    4. Case docket #: N/A
    5. Approximate filing date: N/A
    6. If not still pending, date of dismissal: N/A
    7. Basis of dismissal: N/A
    8. Facts and claims of case: N/A

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )            No( ✓ )

1. Type of action (civil rights, habeas corpus, etc.): __N/A__
2. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
3. District and judicial division: __N/A__
4. Case docket #: __N/A__    5. Approximate filing date: __N/A__
6. If not still pending, date of dismissal: __N/A__
7. Basis of dismissal: __N/A__
8. Facts and claims of case: __N/A__

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )            No( )

If YES, describe each action in the space provided below. If more than one, describe all additional cases on a separate piece of paper, using the same format as below.

1. Type of action (civil rights, habeas corpus, etc.): __2255__
2. Parties to previous action:
   a. Plaintiff(s): __MATTHEW DAVIS__
   b. Defendant(s): __N/A__
3. District and judicial division: __N/A__
4. Case docket #: __5:04-CV-606-Bo__    5. Approximate filing date: __07/29/05__
6. If not still pending, date of dismissal: __N/A__
7. Reason for dismissal: __N/A__
8. Facts and claims of case: __N/A__

**(Attach additional pages as necessary to list cases.)**

6

D. Have you ever had, either while you were incarcerated or while you were not incarcerated, any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No( ✓ )

1. Type of action (civil rights, habeas corpus, etc.): ___N/A___
2. Parties to previous action:
    a. Plaintiff(s): ___N/A___
    b. Defendant(s): ___N/A___
3. District and judicial division: ___N/A___
4. Name of judge: ___N/A___   Case Docket # ___N/A___
5. Approximate filing date: ___N/A___   Dismissal date: ___N/A___
6. Reason for dismissal: ___N/A___

**(Attach additional pages as necessary to list cases.)**

● ● ● ● ● ● ● ● ● ● ● ● ● ●

- Continue to next page -

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

From November 28, 2008 on up to May 31, 2009, I was deprived of my 5 hour's of recreation and other institutional needs while held in (SHU) Special Housing Unit by Lt. A. Figueroa acting in his own official capacity. Also on November 28, 2008 up until December 1, 2008 Lt. A. Figueroa acting in his own official capacity placed me in the four point cell within (SHU) Special Housing Unit without toilet or water. Denied me my right's to use toilet when I asked and provoked and taunted me giving me a trash bag to use as toilet. On March 18, 2009, Lt. A. Figueroa also stripped me of all my personal property, as far as religious material, legal material, cosmetic's and other personal reading and writing material that is allowed due to (SHU) Special Housing Unit policy. On March 26, 2009, Lt. J. Smith acting in his own official capacity stripped me of my mat/cot, bedroll, toilet paper and forced me to sleep on hard steel bunk in cold cell over 24 hour's that cause a lot of pain and discomfort. On May 31, 2009, Lt. A. Figueroa acting out in his own official capacity put me in full restraint's both leg's, arms and waist and left for hour's in recreation cage. Also on this same date May 31, 2009, Lt. A. Figueroa took my personal address book provoking and taunting me, and due to this kept my personal address book over 3 month's preventing me having contact and communication with certain family member's.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

PARAGRAPH (1) my Right's under 28 CFR 541.21(6) Deprivation of my 5 hour's of Recreation and lack of outside exercise for extended period of time. PARAGRAPH (2) my Right's under 28 CFR 541.21(6) and my 8TH AMENDMENT the right to be treated with respect, consideration and dignity. The right to expect to be treated like a human being respectfully, impartially and fairly. And my 8TH AMENDMENT prevents me to be treated with cruel and unusual punishments. PARAGRAPH (3) my Right's under 28 CFR 541.21(6) and my 8TH AMENDMENT.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I ask that the court grant me the monetary sum of $150,000 dollars in United State's Currency for Compensatory damage's, punitive damage's. Also I am asking that the court grant me declaratory relief and that all defendant's be suspended without pay.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

10/04/09   Matthew Davis
(Date)     (Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 04 day of Sunday, 20 09.

Matthew Davis
(Signature of Plaintiff)

Revised 07/02

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 18, 2009


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MATTHEW DAVIS, 23340-056
      COLEMAN I USP      UNT: B/F     QTR: B01-103U
      P.O. BOX 1023
      COLEMAN, FL 33521


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 534742-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : JULY 16, 2009
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:                              -

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, (REGIONAL OFFICE,) OR CENTRAL
                 OFFICE LEVEL.
```

*Handwritten annotations:* 103 ; not in B ; C-6 ; 2

**U.S. Department of Justice**
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: **DAVIS  MATTHEW**    23340-056    E/F    COLEMAN 1
LAST NAME, FIRST, MIDDLE INITIAL / REG. NO. / UNIT / INSTITUTION

**Part A—REASON FOR APPEAL** I WAS REJECTION FROM THE REGIONAL APPEAL OF REASON I HAD NO CONTROL OF. THEY STATED MY APPEAL WAS UNTIMELY, AND THAT I SHOULD HAVE SENT BP-10 WITHIN 20 DAYS OF THE WARDEN/CCM RESPONSE OR RECEIPT OF THE D.H.O. REPORT. HOWEVER, HERE IT IS 7/08/09 AND I STILL HAVE NOT HEARD OR RECEIVED ANY RESPONSE TO MY BP-9 OF COMPLAINT. I HAVE RECEIPTS TO PROVE WHY I CHOSE TO FILE BP-10 COMPLAINT DUE TO THE FACT OF WARDEN/CCM NOT ANSWERING OR RESPONDING TO MY COMPLAINT. I FEEL MY BP-10 COMPLAINT WAS NOT AT ALL UNTIMELY. I AM ASKING, OR THE REASON FOR ME FILING THIS APPEAL BP-11 OF COMPLAINT IS DUE TO THE REASON I STATED ABOVE.

07/08/09
DATE

*Matthew Davis*
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
JUL 1 6 2009
Administrative Remedy Section
Federal Bureau of Prisons

_____     _____
DATE                GENERAL COUNSEL

**ORIGINAL: RETURN TO INMATE**                          CASE NUMBER: _____

**Part C—RECEIPT**                                                  CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____                                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)
DATE                                                                                                                 APRIL 1982
USP LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 23, 2009

B Unit

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : MATTHEW DAVIS, 23340-056
      COLEMAN I USP    UNT: E/F    QTR: Z02-219LAD
      P.O. BOX 1023
      COLEMAN, FL 33521


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID         : 534742-R1         REGIONAL APPEAL
DATE RECEIVED     : JUNE 15, 2009
SUBJECT 1         : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2         : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

REJECT REASON 1:  YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                  MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                  RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                  INCLUDES MAIL TIME.

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: **DAVIS MATTHEW**        **23340-056**    **E/F**    **COLEMAN 1**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** No RESPONSE FROM THE ADMINISTRATIVE. I STARTED MY COMPLAINT ON 03/29/09. MY BP-9 REQUEST WAS RECEIVED 04/27/09, AND MY REQUEST WAS NEVER ANSWERED. THE RESPONSE WAS DUE 05/17/09, ON 05/24/09 I RECEIVED A RECEIPT FOR EXTENSION OF TIME FOR RESPONSE THAT WAS DUE 06/6/09. IT'S NOW 06/09/09, AND I FIRMLY BELIEVE THAT THE ADMINISTRATION WILL NOT RESPOND TO MY REQUEST OF COMPLAINT. ALSO I SENT COP-OUT TO THE WARDEN OR THIS SAME ISSUE. WHEN 06/06/09 THE DUE DATE WAS UP, I NEVER RECEIVED NO RECEIPT FOR MORE EXTENSION OF TIME FOR RESPONSE.

06/09/09                              *Matthew Davis*
DATE                                  SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED JUN 15 2009 REGIONAL COUNSEL'S OFFICE BUREAU OF PRISONS SERO

_____                          _____
DATE                                   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE              CASE NUMBER: _____

**Part C—RECEIPT**
                                        CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                          _____
DATE                                   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

SINCE MY INCARCERATION HERE AT FCC USP-1 COLEMAN, I HAVE BEEN EXTREMELY FRUSTRATED AND STRESSED OUT DUE TO VARIOUS REASON'S THAT ARE CONSISTANT WITH VIOLATION OF F.B.O.P. POLICY, AS WELL AS MY INSTITUTIONAL RIGHT'S AS A PRISONER/INMATE HERE AT FCC USP-1 COLEMAN. IN THE MONTH OF NOVEMBER 28, 2008 THROUGH DEC 1, 2008 WHILE BEING HOUSED IN SPECIAL HOUSING UNIT (SHU) LT. A. FIGUEROA HAD ME PLACED IN THE FOUR POINT CELL WITHOUT TOILET. I TOLD LT. FIGUEROA TO PUT ME IN A CELL WITH TOILET AND HE DENIED SAYING HE WILL HAVE TO MAKE ROOM, BUT UNTIL THEN I WILL BE KEPT IN HOLDING CELL. I ASK TO USE THE TOILET, BUT WAS DENIED BY LT. FIGUEROA AND WAS TOLD TO USE A BAG THAT OFFICER HAD BROUGHT TO ME TO USE. I DENIED TO DEGRADE MYSELF BY USING A BAG AS A TOILET, AND ASKED REPEATEDLY TO BE TAKING TO USE THE TOILET, BUT WAS STILL DENIED BY LT. FIGUEROA, AND WAS FORCED TO USE THE BAG AS A TOILET. NEVER IN ALL MY LIFE HAVE I FELT DEPRESSED AND TREATED LESS THAN A HUMAN BEING. ALSO ON THE 18 OF MARCH, UNDER LT. A. FIGUEROA, LT. SMITH, LT. TAYLOR AND LT. GRAHM I WAS STRIPPED OF ALL PERSONAL PROPERTY AS FAR AS RELIGIOUS MATERIAL, LEGAL MATERIAL, COSMETIC'S AND EVERYTHING THAT IS ALLOWED BY SHU POLICY. ALSO ON THE 26 OF MARCH 2009, LT. SMITH HAD HIS OFFICER'S STRIPPED ME OF MY MATT/COT AND EVERYTHING IN MY CELL AND RETURNED ME BACK IN MY CELL IN NOTHING BUT BOXER'S. I LATER ASK TO SPEAK WITH LT. SMITH ABOUT RETURNING MY MATT/COT AND BE GIVEN A BED ROLL WITH TOILET PAPER. HOWEVER, I WAS LEFT AND FORCE TO SLEEP ON A HARD STEEL BUNK IN A COLD CELL WITHOUT ANYTHING, AND IT CAUSE ME DISCOMFORT AND NUMBEROUS OF ACHE'S AND PAIN THAT TAKE'S AWAY FROM MY PEACE AND COMFORT. ALL THIS IS CRUEL AND UNUSUAL PUNISHMENT. ALSO SINCE BEING HOUSED BACK IN SPECIAL HOUSING UNIT (SHU) I HAVE BEEN DENIED MY 5 HOUR'S OF RECREATION A REGULAR EXERCISE PERIOD THAT IS REQUIRED BY POLICY AND DENIED THE ABILITY TO PURSUE BASIC HYGIENE AND COSMETIC'S IN ORDER TO SHOWER ACCORDINGLY. ALSO ON THE 31 OF MAY, LT. A. FIGUEROA HAD OFFICER'S PUT ME IN FULL RESTRAINT'S AND LT. FIGUEROA TOOK MY PERSONAL ADDRESS BOOK PREVENTING ME TO KEEP COMMUNICATION WITH CERTAIN FAMILY MEMBER'S, AND TOLD ME HE WILL GIVE IT BACK WHEN HE FEEL'S LIKE IT. ALSO ALLOWED OFFICER'S TO THREAT TO CAUSE ME PHYSICAL BODY HARM, WHILE PROVOKING ME USING DISRESPECTFUL PROFANITY. ALL THIS IS ABUSE OF AUTHORITY, AND MY REQUEST IS FOR ACTION'S TO BE TAKEN ON LT. A. FIGUEROA, LT. SMITH FOR ABUSING THEIR AUTHORITY AS WELL AS VIOLATING F.B.O.P. POLICY AND MY INSTITUTIONAL RIGHT'S. UNTIL THEY ARE PUNISH AND SUSPENDED WITHOUT PAY. I WILL CONTINUED MY COMPLAINT FURTHER UNTIL I RECEIVE JUSTICE.

06/09/09
DATE

Matthew Davis
SIGNATURE OF REQUESTER

RECEIPT - ADMINISTRATIVE REMEDY

DATE: APRIL 27, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      COLEMAN I USP

TO  : MATTHEW DAVIS, 23340-056
      COLEMAN I USP      UNT: E/F      QTR: Z02-215LAD

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 534742-F2
DATE RECEIVED   : APRIL 27, 2009
RESPONSE DUE    : MAY 17, 2009
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO:

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MAY 24, 2009

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      COLEMAN I USP

TO  : MATTHEW DAVIS, 23340-056
      COLEMAN I USP    UNT: E/F    QTR: Z02-218LAD

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW. WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 534742-F2
DATE RECEIVED   : APRIL 27, 2009
RESPONSE DUE    : JUNE 6, 2009
SUBJECT 1       : OTHER SPECIAL HOUSING UNIT MATTERS
SUBJECT 2       : PERSONAL PROPERTY - INCL. CONFISCATION OR DESTRUCTION
INCIDENT RPT NO: